**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Manuel JIMENEZ–GAONA,
Defendant—Appellant.**

**No. 04–10595.**

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 11, 2005.*

Decided Oct. 21, 2005.

Philip A. Ferrari, Esq., USSAC–Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

FPDCA–Federal Public Defender's Office, Sacramento, CA, for Defendant–Appellant.

Before: T.G. NELSON, WARDLAW, and TALLMAN, Circuit Judges.

MEMORANDUM **

Manuel Jimenez–Gaona appeals the 92–month sentence imposed after his jury trial conviction for unlawful re-entry following deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we remand.

Because Jimenez–Gaona was sentenced under the then-mandatory Sentencing Guidelines, and we cannot reliably determine from the record whether the sen-

---

tence imposed would have been materially different had the district court known that the Guidelines were advisory, we remand to the sentencing court to answer that question, and to proceed pursuant to *United States v. Ameline,* 409 F.3d 1073, 1084 (9th Cir.2005) (en banc). *See United States v. Moreno–Hernandez,* 419 F.3d 906, 916 (9th Cir.2005) (extending *Ameline*'s limited remand procedure to cases involving non-constitutional *Booker* error).

REMANDED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.